FILED

JUL 2 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Search Of:<br><br>577 SNAPDRAGON WAY, IMPERIAL, CALIFORNIA 92251 | Case No. 08-MJ-1868<br>08-MJ-1954<br><br>**ORDER UNSEALING SEARCH WARRANT** |

Pursuant to the United States' motion, the Court orders that the application, affidavit and search warrant previously filed under seal in case number 08-MJ-1868 be unsealed.

IT IS SO ORDERED.

DATED: 7-2-08

The Honorable Nita L. Stormes
United States Magistrate Judge

Prepared by:

s/George V. Manahan
George V. Manahan
Assistant U.S. Attorney