FILED

08 JUL 23 PM 3:46

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: FNH DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

June 2008 Grand Jury '08 CR 2432 DMS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>MIGUEL ANGEL TORREZ,<br>Defendant. | ) | Criminal Case No. ________<br>I N D I C T M E N T<br>Title 18, U.S.C., Secs. 922(g)(9) and 924(a)(2) - Possession of a Firearm by Person Convicted of a Misdemeanor Domestic Crime of Violence; Title 18, U.S.C., Sec. 924(d) - Criminal Forfeiture |

The grand jury charges:

Count 1

On or about June 25, 2008, within the Southern District of California, defendant MIGUEL ANGEL TORREZ, being a person who had previously been convicted of a misdemeanor crime of domestic violence, that is, on or about November 5, 2002, in the Superior Court of California, County of San Diego, in case number CF10581, of Inflict Corporal Injury on Spouse, in violation of California Penal Code Section 273.5, did knowingly and unlawfully possess in and affecting commerce a firearm(s) and/or ammunition, that is, one Colt, Model Police Positive, .38 caliber, revolver, serial number A39794, one German made bolt action rifle, serial number 1493, 9 rounds of

GVM:nlv:Imperial
7/22/08

Winchester .308 ammunition, 9 rounds of .233 caliber ammunition, 244 rounds of .38 caliber ammunition, and 950 rounds of 9 mm ammunition; in violation of Title 18, United States Code, Sections 922(g)(9) and 924(a)(2).

FORFEITURE ALLEGATION

Upon conviction of the offenses alleged in Counts 1 of this indictment, defendant MIGUEL ANGEL TORREZ shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), all firearms and ammunition involved in the commission of the offenses including, but not limited to the following:

a. One Colt, Model Police Positive, .38 caliber, revolver, serial number A39794;

b. One German made bolt action rifle; and

c. 9 rounds of Winchester .308 ammunition, 9 rounds of .233 caliber ammunition, 244 rounds of .38 caliber ammunition, and 950 rounds of 9 mm ammunition.

All pursuant to Title 18, United States Code, Section 924.

DATED: July 23, 2008.

A TRUE BILL:

Foreperson

KAREN P. HEWITT
United States Attorney

By: GEORGE V. MANAHAN
Assistant U.S. Attorney